**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ARICK JOHNSON, SR.**                                                                          **PLAINTIFF**
**ADC #185962**

**v.**                                        **Case No. 4:25-cv-01295-LPR**

**BARRY HYDE, et al.**                                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 4) and the Plaintiff's Objections (Doc. 6).[1]  After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 1) is DENIED.  This case is DISMISSED without prejudice.  Within thirty (30) days of the date of this Order, Plaintiff may reopen this case by paying the $405 filing fee in full and filing a Motion to Reopen.

---

[1] The Court has also reviewed Mr. Johnson's Motion to Remove Strikes (Doc. 8) and Motion to Remove Three Striker Label (Doc. 10).  Those motions are DENIED.  Mr. Johnson is not entitled to the relief he requests.  Nonetheless, the Court notes that, pursuant to recent precedent, a court's declaration that a dismissal counts (or should count) as a strike must be read only as a suggestion that future courts count the dismissal as a strike.  *See Gonzalez v. United States*, 23 F.4th 788, 790 (8th Cir. 2022).  The judge in each case subsequently filed by Mr. Johnson must perform an independent evaluation "'to determine whether' he has collected three strikes."  *Id.* (quoting *Fourstar v. Garden City Grp., Inc.*, 875 F.3d 1147, 1152 (D.C. Cir. 2017)).

[2] Even assuming—contrary to fact—that Mr. Johnson was not a three-striker, his Complaint does not state a viable cause of action.  His allegations are conclusory and vague in nature.  He does not say how many times a week he could access the law library for free for 45 minutes.  He does not say how many tablets there were.  He does not say how much activity time he had per week to access the law library.

IT IS SO ORDERED this 31st day of March 2026.

                                                      _____

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE