**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ARICK JOHNSON, SR.**                                                         **PLAINTIFF**
**ADC #185962**

**v.**                                          **Case No. 4:25-cv-01295-LPR**

**BARRY HYDE, et al.**                                                         **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered today and prior Orders in this case, it is

CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without

prejudice.

IT IS SO ADJUDGED this 31st day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE